IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CURTIS LEE MORRISON,**<br><br>Plaintiff,<br><br>v.<br><br>**GISELLE MATTESON, et al.,**<br><br>Defendants. | 2:23-cv-00850-JDP (PC)<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO VACATE SETTLEMENT CONFERENCE AND VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM (ECF NO. 25)**<br><br>**ORDER DIRECTING THE CLERK TO SERVE A COPY OF THIS ORDER ON THE LITIGATION OFFICE AT CALIFORNIA STATE PRISON – SOLANO** |

Upon review, Defendants' Ex Parte Application to Vacate Settlement Conference is GRANTED. Hence, the settlement conference currently scheduled for July 16, 2024, before Chief Magistrate Judge Carolyn K. Delaney by Zoom video conference (ECF No. 24), is VACATED. Therefore, the Court will also vacate the order and writ of habeas corpus ad testificandum issued on June 6, 2024. (ECF No. 25).

///

1

Accordingly, IT IS ORDERED that:

1. Defendants' Ex Parte Application to Vacate Settlement Conference is GRANTED.

2. The settlement conference currently scheduled for July 16, 2024, is VACATED.

3. The order and writ of habeas corpus ad testificandum issued on June 6, 2024, which directed the Warden to produce Curtis Lee Morrison, CDCR # A-90679, for a settlement conference via Zoom on July 16, 2024, is VACATED.

4. The Clerk of Court is directed to serve a copy of this order via fax on the Litigation Coordinator at California State Prison, Solano at (707) 454-3429 or via email.

5. The stay on this matter, instituted on March 7, 2024, ECF No. 21, is lifted.

IT IS SO ORDERED.

Dated:   July 12, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE