UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE MORRISON,<br><br>             Plaintiff,<br><br>     v.<br><br>GISELLE MATTESON, *et al.*,<br><br>             Defendants. | Case No.  2:23-cv-0850-JDP (P)<br><br>ORDER |

Plaintiff has filed a motion asking that this case be set for a settlement conference.  ECF No. 30.  I have reviewed the docket and believe that at this time a settlement conference would be unlikely to be productive.  Accordingly, plaintiff's request to set a settlement conference, ECF No. 30, is denied without prejudice.

If plaintiff still believes that a settlement conference would be beneficial after the court issues a decision on any forthcoming dispositive motions, he may renew this request.

IT IS SO ORDERED.

Dated:    March 5, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE