UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE MORRISON,<br><br>Plaintiff,<br><br>v.<br><br>GISELLE MATTESON, et al.,<br><br>Defendants. | No. 2:23-cv-00850-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 34, 35, 36, 41) |

Plaintiff Curtis Lee Morrison is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for entry of default judgment (Doc. No. 34) be denied. (Doc. No. 36.) Specifically, the magistrate judge concluded that defendants timely filed a responsive pleading to plaintiff's second amended complaint and that plaintiff's motion was therefore not well–taken. (*Id.* at 2.) Separately, on December 19, 2025, the magistrate judge issued findings and recommendations recommending that defendant's motion for summary judgment in their favor (Doc. No. 35), should be granted. (Doc. No. 41.) Specifically, the

1

magistrate judge concluded that based upon the undisputed evidence submitted on summary judgment both defendants were entitled to judgment in their favor as a matter of law on the claims brought against them, noting that plaintiff had also failed to offer any meaningful opposition to the defendants' motion. (*Id.* at 3–5.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service of both findings and recommendations. (Doc. Nos. 36 at 2; 41 at 5.) On July 28, 2025, plaintiff filed a somewhat difficult to decipher one–page objection to the July 15, 2025 findings and recommendations that appears to possibly reflect plaintiff's desire to withdraw his motion for entry of default judgment. (Doc. No. 37.) On January 8, 2026, plaintiff filed objection to the December 19, 2025 findings and recommendation. (Doc. No. 42.) In those objections and its numerous attachments, plaintiff appears to repeat the arguments he submitted in opposition to defendants' motion for summary judgment which were properly rejected by the magistrate judge in the pending findings and recommendations. (*Id.*) Nothing in those objections calls into question the analysis set forth in the December 19, 2025 findings and recommendations or provides any basis upon which they should be rejected.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including both sets of plaintiff's objections (Doc. Nos. 37, 42), the court concludes that both findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on July 15, 2025 and the findings and recommendations issued on December 19, 2025 (Doc. Nos. 36, 41) are adopted;

2.    Plaintiff's motion for entry of default judgment (Doc. No. 34) is denied;

/////

/////

/////

/////

2

3.      Defendants' motion for summary judgment (Doc. No. 35) is granted; and

4.      The Clerk of the Court is directed to enter judgment in favor of defendants and to close this case.

IT IS SO ORDERED.

Dated:    **February 16, 2026**          _____

                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE